Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.

---

In the Matter of the Application of BRONX PARKWAY COMMISSION, Respondent, for a Peremptory Order of Mandamus against JOHN F. HYLAN et al., Constituting the Board of Estimate and Apportionment of the City of New York, Appellants.

Proceedings Nos. 1 and 2.

*New York city — Bronx parkway commission — mandamus properly granted to compel board of estimate and apportionment of city of New York to provide for payment of expense of improving lands and for salaries of commissioners and employees.*

*Matter of Bronx Parkway Commission* v. *Hylan,* 206 App. Div. 688, affirmed.

(Argued May 31, 1923; decided June 14, 1923.)

APPEAL in each of the above-entitled proceedings from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 4, 1923, which affirmed an order of Special Term granting a motion for a peremptory order of mandamus. In proceeding No. 1 the Bronx parkway commission sought a peremptory mandamus order which would require the board of estimate and apportionment to appropriate the sum of $801,000 for the purpose of paying the expenses of improving lands acquired by the commission, or to be acquired, during the year 1922, and in procuring surveys and preparing maps and plans in accordance with the estimate of the Bronx parkway commission, dated August 12, 1921, under the purported authority of section 16, chapter 594 of the Laws of 1907. In proceeding No. 2 the Bronx parkway commission sought a peremptory mandamus order to compel the board of estimate and apportionment to amend and alter the tentative or proposed budget of the city of New York for the year 1923, so as to have included therein the sum of $138,000 to be

38

applied to the payment for the year 1923 of the salaries of the commissioners constituting the Bronx parkway commission, and office employees of the commission, including its secretary and counsel, and the expenses of maintenance and the wages of employees engaged in the maintenance of the Bronx river reserve and parkway, under the purported authority of section 18 of chapter 594 of the Laws of 1907, as amended by chapter 604 of the Laws of 1922.

*George P. Nicholson, Corporation Counsel (William E. C. Mayer of counsel), for appellants.*

*Theodosius Stevens and Clarence E. Pitts for respondent.*

Order in each proceeding affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ. Not voting: HOGAN, J.

---

In the Matter of the Application of the COLLEGE OF THE CITY OF NEW YORK, Respondent, for an Order of Mandamus against JOHN F. HYLAN et al., Constituting the Board of Estimate and Apportionment of the City of New York, Appellants.

In the Matter of the Application of HUNTER COLLEGE OF THE CITY OF NEW YORK, Respondent, for an Order of Mandamus against JOHN F. HYLAN et al., Constituting the Board of Estimate and Apportionment of the City of New York, Appellants.

*New York city — Education Law — mandamus properly issued to compel board of estimate and apportionment of city of New York to appropriate additional sums for salaries in colleges of said city.*

*Matter of College of City of New York v. Hylan,* 205 App. Div. 372, affirmed. [?]

(Argued May 31, 1923; decided June 14, 1923.)

APPEAL, in each of the above-entitled proceedings, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 4, 1923, which affirmed an order of Special Term granting